UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| ALL ONE GOD FAITH, INC., <br> DR. BRONNER'S MAGIC SOAPS, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> CP KELCO U.S., INC., <br><br> Defendant-Intervenor. | Appeal Nos. 23-1078, 23-1081 |

## **MOTION TO WITHDRAW AS DEFENDANT-INTERVENOR**

Defendant-Intervenor, CP Kelco U.S., Inc. ("CP Kelco"), by and through its attorneys, respectfully moves this court to grant this request withdraw as an defendant-intervenor from the above-captioned actions. This motion does not affect the status of Appeal Nos. 23-1078 and 23-1081 with regard to Plaintiffs, or the Defendant, United States.

This motion acts as a withdrawal of Defendant-Intervenor's Entry of Appearance (ECF No. 7) (November 8, 2022) and Certificate of Interest (ECF No. 8) (November 8, 2022). The Rule 24 intervention process does not require that a party's decision to pursue intervention be irreversible.[1] An intervening party may therefore decide that it no longer wishes to intervene in a particular case.

---

[1] *See* Fed. R. Civ. P. 24.

1

WHEREFORE, CP Kelco respectfully requests that this Court grant its motion to withdraw as a Defendant-Intervenor in this action.

Respectfully submitted,

**/s/ Leah N. Scarpelli**
Leah N. Scarpelli
Nancy A. Noonan

**ARENTFOX SCHIFF LLP**
1717 K Street, NW
Washington, DC 20006
Tel: (202) 715-8403

*Counsel for CP Kelco U.S., Inc.*

February 6, 2025

2

AFSDOCS:301521838.2

# CERTIFICATE OF SERVICE

I hereby certify that, on February 6, 2025, I filed a copy of the foregoing Motion to Withdraw as Defendant-Intervenor in Appeal Nos. 23-1078 and 23-1081 electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**/s/ Leah N. Scarpelli**
Leah N. Scarpelli

AFSDOCS:301521838.2

# CERTIFICATE OF COMPLIANCE

Pursuant to Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure, defendant-intervenor's counsel certifies that this motion complies with the Court's type-volume limitation rules. According to the word count calculated by the word processing system with which the brief was prepared, this brief contains a total of 350 words.

**/s/ Leah N. Scarpelli**
Leah N. Scarpelli

February 6, 2025

AFSDOCS:301521838.2